In the Matter of SEYMOUR FRIEND, Respondent, against LEWIS J. VALENTINE, as Commissioner of the Department of Police of the City of New York, et al., Appellants.
Submitted May 19, 1941; decided May 29, 1941.

Motion for reargument denied. The order as entered does not require the Commissioner to fill the vacancies. (See 285 N. Y. 764.)